**FILE COPY**



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

June 30, 2015

Brandy Oliphint
Attorney at Law
1712 Santa Fe Drive
Weatherford, TX 76086
* DELIVERED VIA E-MAIL *

Don Schnebly
Parker County District Attorney
117 Fort Worth Hwy
Weatherford, TX 76086
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-15-00251-CR, 07-15-00253-CR, 07-15-00254-CR,
          07-15-00255-CR
          Trial Court Case Number: CR14-0087, CR14-0088, CR14-0089, CR15-0236

**Style:** Derek Kyle Auvenshine v. The State of Texas

Dear Counsel:

By Order of the Supreme Court of the State of Texas the captioned appeals have been transferred to this Court from the Court of Appeals for the Second District of Texas, and have been received and given the above appellate numbers.   Please reference the above appellate numbers in all future correspondence in respect to these appeals.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Roy Graham Quisenberry (DELIVERED VIA E-MAIL)
      Sharena Gilliand (DELIVERED VIA E-MAIL)
      Dora Canizales (DELIVERED VIA E-MAIL)